UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
WAYNE GILMORE,                              :
an individual,                              :   CIVIL ACTION NO. 22-2482
                                            :
         Plaintiff,                         :   SECTION: "R" (1)
                                            :
vs.                                         :   HON. SARAH S. VANCE
                                            :
REDMAN GAMING OF LOUISIANA, L.L.C.,         :   MAGISTRATE JUDGE
a Louisiana Limited Liability Company,      :   JANIS VAN MEERVELD
                                            :
         Defendant.                         :
---------------------------------------------------------------x

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, hereby file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in dispute. The parties are currently in the process of obtaining client signatures. The parties anticipate filing a joint stipulation for dismissal at the earliest opportunity once the settlement documents are executed. The parties further respectfully request that all deadlines are adjourned.

Dated: September 14, 2022

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Georgianne Sims | /s/ Thomas M. Benjamin |
| Georgianne Sims, Esq. (La. # 27879) | Thomas M. Benjamin, Esq. (La. #18562) |
| KU& MUSSMAN, P.A. | BREAZEALE, SACHSE & WILSON, L.L.P. |
| 18501 Pines Blvd, Suite 209-A | 909 Poydras Street, Suite 1500 |
| Pembroke Pines, FL 33029 | New Orleans, LA 70112 |
| Tel: (305) 891-1322 | Tel: (504) 584-5464 |
| Fax: (305) 891-4512 | Fax: (504) 584-5452 |
| Georgianne.sims@gmail.com | Thomas.Benjamin@bswllp.com |
| *Attorney for Plaintiff* | *Attorney for the Defendant* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Thomas M. Benjamin, Esq.
BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras Street
Suite 1500
New Orleans, LA 70112
Thomas.Benjamin@bswllp.com

                                      By:   /s/ Georgianne Sims
                                                Georgianne Sims, Esq. (La. # 27879)